O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HENRY RICHARD HERRERA, | ) | CASE NO. ED CV 12-00783 DDP (RZ) |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| EDMUND G. BROWN, JR., | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: December 19, 2012

*[signature: Dean D. Pregerson]*

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE